

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-12-00042-CR

_____

ANTHONY WOODS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 188th District Court
Gregg County, Texas
Trial Court No. 40,559-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# M E M O R A N D U M   O P I N I O N

Anthony Woods appeals his conviction for felony driving while intoxicated.  *See* TEX. PENAL CODE ANN. § 49.09(b) (West Supp. 2012).  This case involves the same issues, analysis, and reasoning as addressed in our opinion in cause number 06-12-00039-CR.

Based on the reasoning and analysis in our opinion in cause number 06-12-00039-CR, issued on even date herewith, we overrule Woods' points of error and affirm the trial court's sentence.  We modify the trial court's judgment, however, to reflect pleas of not true to the enhancement allegations.  *See* TEX. R. APP. P. 43.2.

We affirm the judgment, as modified.

Jack Carter
Justice

Date Submitted:     March 27, 2013
Date Decided:       April 17, 2013

Do Not Publish

2